**SEALED**

FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

2016 JUN -1  AM 11: 19

FILED UNDER SEAL

BY _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. SA16CR0399 DAE |
| | ) | |
| Plaintiff, | ) | **I N D I C T M E N T** |
| v. | ) | |
| | ) | [**Vio.:** 21 U.S.C. §§ 846, |
| ANTONIO "TONY" ROBLES, JR., (1) | ) | 841(a)(1), & 841(b)(1)(C): |
| GILBERTO HARDEE, (2) | ) | Conspiracy to Distribute and |
| DAVID RODRIGUEZ, (3) | ) | Possess With Intent to |
| ANTONIO PACHECO ROBLES, (4) | ) | Distribute Methamphetamine; |
| CASSANDRA PEREZ PENA, (5), | ) | **Vio.:** 21 U.S.C. §§ 841(a)(1) & |
| ANJELICA ELENA BARRIOS, (6) | ) | 841(b)(1)(B): Possession with |
| MIGUEL A. RODRIGUEZ, (7) | ) | Intent to Distribute |
| GLENDA MORENO, (8) | ) | Methamphetamine; |
| | ) | **Vio.:** 21 U.S.C. §§ 841(a)(1) |
| | ) | & 841(b)(1)(C): Possession |
| | ) | with Intent to Distribute |
| | ) | Methamphetamine: |
| | ) | **Vio.:** 18 U.S.C. § 2: Aiding and |
| Defendants. | ) | Abetting. |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C)]

That beginning on or about February of 2016, the exact date unknown to the Grand Jury, and continuing until on or about the date of this indictment, in the Western District of Texas, Defendants,

ANTONIO "TONY" ROBLES, JR.,
GILBERTO HARDEE,
DAVID RODRIGUEZ,
ANTONIO PACHECO ROBLES,
CASSANDRA PEREZ PENA,
ANJELICA ELENA BARRIOS,
MIGUEL A. RODRIGUEZ, AND
GLENDA MORENO,

1

and others known and unknown to the Grand Jury, did unlawfully, knowingly and intentionally combine, conspire, confederate, and agree together and with one another to distribute and possess with intent to distribute a controlled substance, which offense involved a quantity of methamphetamine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and in violation of Title 21, United States Code, Section 846.

COUNT TWO
[21 U.S.C. §§ 841(a)(1), 841(b)(1)(C)]
[18 U.S.C. § 2]

That on or about March 10, 2016, in the Western District of Texas, Defendants,

ANTONIO "TONY" ROBLES, JR., AND
DAVID RODRIGUEZ,

did unlawfully, knowingly and intentionally aid and abet each other to possess with intent to distribute a controlled substance, which offense involved a quantity of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

COUNT THREE
[21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)]
[18 U.S.C. § 2]

That on or about March 23, 2016, in the Western District of Texas, Defendants,

ANTONIO "TONY" ROBLES, JR.,
GILBERTO HARDEE,
CASSANDRA PEREZ PENA, AND
ANJELICA ELENA BARRIOS,

did unlawfully, knowingly and intentionally aid and abet each other to possess with intent to distribute a controlled substance, which offense involved 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

COUNT FOUR
[21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)]
[18 U.S.C. § 2]

That on or about April 13, 2016, in the Western District of Texas, Defendants,

ANTONIO "TONY" ROBLES, JR., AND
GILBERTO HARDEE,

did unlawfully, knowingly and intentionally aid and abet each other to possess with intent to distribute a controlled substance, which offense involved 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT FIVE
[21 U.S.C. §§ 841(a)(1), 841(b)(1)(C)]

That on or about April 25, 2016, in the Western District of Texas, Defendants,

**ANTONIO "TONY" ROBLES, JR.,**

did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved a quantity of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIX
[21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)]
[18 U.S.C. § 2]

That on or about May 9, 2016, in the Western District of Texas, Defendants,

**ANTONIO "TONY" ROBLES, JR.,**
**GILBERTO HARDEEE,**
**MIGUEL A. RODRIGUEZ, AND**
**GLENDA MORENO,**

did unlawfully, knowingly and intentionally aid and abet each other to possess with intent to distribute a controlled substance, which offense involved 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

4

A TRUE BILL.


_____
FOREPERSON

RICHARD L. DURBIN, JR.
United States Attorney


By: _____
    for CHARLIE STRAUSS
        Assistant United States Attorney